USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENARD SHEYLETH BERNARDEZ MELENDEZ,

                Plaintiff,

v.

MOKBAR LLC, MOKBAR II, LLC, AND ESTHER CHOI,

                Defendants.

No. 19-CV-6984 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

According to the Final Report of Mediator #5 filed on the docket, the court-ordered mediation in this case was not held because the parties represented that they had reached settlement on all issues. No later than January 10, 2020, the parties shall jointly file a letter updating the Court as to the status of this case.

SO ORDERED.

Dated:     January 6, 2020
             New York, New York

_____
Ronnie Abrams
United States District Judge