USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LENARD SHEYLETH BERNARDEZ MELENDEZ,

Plaintiff,

v.

MOKBAR LLC, MOKBAR II, LLC, AND ESTHER CHOI,

Defendants.

No. 19-CV-6984 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 3, 2020, the parties filed a Settlement and Release Agreement on the docket. No later than February 11, 2020, the parties shall submit a joint letter setting forth their views as to why their settlement is fair and reasonable and should be approved, accompanied by all necessary supporting materials, including contemporaneous billing records for the attorney's fees and costs provided for in the settlement agreement. In light of the presumption of public access attaching to "judicial documents," *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), the parties are advised that materials on which the Court relies in making its fairness determination will be placed on the public docket, *see Wolinsky v. Scholastic Inc.*, No. 11-CV-5917 (JMF), 2012 WL 2700381, at *3–7 (S.D.N.Y. July 5, 2012).

SO ORDERED.

Dated: February 4, 2020
New York, New York

Ronnie Abrams
United States District Judge