```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-10-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENARD SHEYLETH BERNARDEZ MELENDEZ,

                      Plaintiff,

       v.

MOKBAR LLC, et al.

                      Defendants.

19-cv-6984 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      No later than November 24, 2020, Defendants are directed to respond to Plaintiff's letter of November 9, 2020, *see* Dkt. 31, which asserts that Defendants have breached the terms of the parties' settlement agreement.

SO ORDERED.

Dated:    November 10, 2020
            New York, New York

                                                     Ronnie Abrams
                                                     United States District Judge