```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/05/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENARD SHEYLETH BERNARDEZ MELENDEZ,

                Plaintiff,

      v.

MOKBAR LLC, et al.

                Defendants.

19-cv-6984 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On November 9, 2020, Plaintiff filed a letter through counsel asserting that Defendants have breached the terms of the parties' settlement agreement by failing to make payments owed to her. *See* Dkt. 31. The Court directed Defendants to respond to this letter, and Defendants have requested and received three extensions to file a response, each time noting that the parties are attempting to resolve the issues raised in Plaintiff's letter without further Court intervention. Defendants' previous request for an extension, filed on December 30, 2020, was made eight days after a response had been due. *See* Dkts. 36, 37. The Court nonetheless granted the extension until January 29, 2021, noting that no further extensions would be granted absent good cause. *See* Dkt. 38. Once again, a deadline has passed with Defendants having neither responded in substance to Plaintiff's letter nor requested additional time to respond. The Court appreciates that the parties are attempting to resolve this matter without further Court intervention, and hopes that they can, but the Court will not tolerate disregard for its deadlines, particularly given the nature of Plaintiff's assertions.

      The parties are directed to appear for a telephone conference on Wednesday, February 10, 2021 at 10:00 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    February 5, 2021
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge