```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/10/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENARD SHEYLETH BERNARDEZ MELENDEZ,

                Plaintiff,

v.

MOKBAR LLC, et al.

                Defendants.

19-cv-6984 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's telephone conference, the parties shall jointly inform the Court within one week whether they have come to an agreement regarding the payment of the money owed to Plaintiff under the settlement.

SO ORDERED.

Dated:    February 10, 2021
             New York, New York

                                                  Ronnie Abrams
                                                United States District Judge